# KING & SPALDING

King & Spalding LLP
1290 Avenue of the Americas
New York, New York 10104

Tel: +1 212 556 2100
Fax: +1 212 556 2222
kslaw.com

Andrew Calica
Partner
Direct Dial: +1 212 790 5390
acalica@kslaw.com

Conference Adjourned
From: September 16, 2026
To: September 17 at 10:30 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 9-9-26
Call-in: 855-244-8681
Access Code: 2305 810 3970#

September 8, 2026

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Mueller Water Products, Inc. v. Johnson Controls International plc*, Civil Action No.: 1:26-cv-3159 – Letter Motion to Adjourn Initial Pretrial Conference

Dear Judge Castel:

Consistent with Local Rule 7.1(e) and this Court's Individual Practices 1.C, Plaintiff Mueller Water Products, Inc. ("MWP") respectfully requests that the Court reschedule the Initial Pretrial Conference currently scheduled for September 16, 2026, at 12:00 PM ET. We have conferred with counsel for Defendant Johnson Controls International plc and they do not oppose this request. Counsel for the parties are available for a telephonic conference on September 17, 18, 23 (before noon), 24 (afternoon), and 25, 2026, subject to the Court's availability.

Good cause exists for the requested adjournment. Lead counsel for MWP is scheduled to appear for an in-person conference in New York Supreme Court that is likely to conflict with the time of the Initial Pretrial Conference. The September 16, 2026 Conference was previously rescheduled from September 11, 2026, pursuant to the Court's Minute Entry dated September 4, 2026, and no other adjournment has been sought or granted. No deadlines in this matter would be impacted by the requested adjournment.

Respectfully submitted,

Andrew J. Calica

*Counsel for Mueller Water Products, Inc.*

cc: All counsel of record (via ECF)